UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LAP DISTRIBUTORS, INC.**, a Pennsylvania corporation, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**GLOBAL CONTACT - INTERNATIONAL PUBLISHING CORPORATION**, a New Jersey corporation,<br><br>*Defendant*. | Case No. : 1:19-cv-6317<br><br>**JUDGE RENEE MARIE BUMB**<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Plaintiff Lap Distributors, Inc. ("Lap Distributors" or "Plaintiff") hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims.

Respectfully submitted,

**LAP DISTRIBUTORS, INC.**

Dated: May 10, 2021        by:    /s/Adam T. Savett
                                                  One of Plaintiff's Attorneys

Adam T. Savett
SAVETT LAW OFFICES LLC
2764 Carole Lane
Allentown Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically on May 10, 2021, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system and a copy of the foregoing document was also sent via first class mail, postage prepaid, to:

>Global Contact - International Publishing Corporation
>c/o John Delfinious
>16 W Main Street
>Marlton, New Jersey 08053

>/s/ *Adam T. Savett*
>Adam T. Savett
>*Attorney for Plaintiff*